# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**


**THOMAS B. PLUNKETT, III**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**


October 30, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 25-30524 Bodin v. New Orleans
USDC No. 2:25-CV-329

Enclosed is an order entered in this case.

Sincerely,

THOMAS B. PLUNKETT, III, Clerk

S. Rasheed

By: ____________________________
Shatyra Rasheed, Deputy Clerk
504-310-7646

Mr. Paul D. Clement
Ms. Sarah Harbison
Ms. Sarah Elaine Harrington
Mrs. Adeline Lambert
Mr. Andrew Lawrence
Mr. Steven Paul Lehotsky
Mr. Jeremy Evan Maltz
Mr. Sean Michael Markey
Mrs. Serena M. Orloff
Mr. Mitchell Keshava Pallaki
Mrs. Meredith Rae Pottorff
Mr. Daniel Gerard Randolph
Mr. Corwin M. St. Raymond
Mr. Paul Taske
Mr. David Meir Zionts